MEB/AS
F.# 2018R01000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HECTOR NUÑEZ TROYANO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOS~~ED ORDER

CR 19-135 (ENV)

      Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mark E. Bini, for an order unsealing the above-captioned matter and docket, unsealing the complaint, arrest warrant, waiver of indictment, information, guilty plea transcript and minute entry, and substituting the defendant's true name for "John Doe" on the docket,

      WHEREFORE, it is ordered that: (1) the above-captioned matter and docket is unsealed; (2) the waiver of indictment, information, guilty plea transcript and minute entry in this matter are unsealed; (3) the defendant's true name be substituted for "John Doe" on the docket sheet and all documents not filed under seal; and (4) Docket Entries #3, #4 and #7 shall remain under seal.

Dated:   Brooklyn, New York
           9\19, 2020

S/Eric N. Viataliano

_____
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK